FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

14 DEC 16 AM 9: 26

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12MJ284 |
| vs. | ) | ORDER FOR DISMISSAL |
| SETH VERBEEK, | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 18), leave of court is granted for the filing of the dismissal of the Criminal Complaint against Seth Verbeek.

IT IS ORDERED that the Motion to Dismiss the Criminal Complaint (Filing No. 18) is granted.

Dated this 16 day of December, 2014.

BY THE COURT:

F. A. GOSSETT, III
United States Magistrate Judge